# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHNATHAN LOVE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2155

[April 18, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael McNicholas, Judge; L.T. Case No. 432023CA001064A.

Carey Haughwout, Public Defender, and Narine Austin, Assistant Public Defender, West Palm Beach, for appellant.

Matthew T. Hatfield of Law Offices of Larry S. Davis, P.A., Treasure Coast Forensic Treatment Center, Indiantown for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***